FILED
7/15/16 11:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No: 15-10555-TPA |
| Boneta L Borrero, | : | Chapter 13 |
| Debtor, | : | |
| | : | Related to Docket No: 100 |
| Boneta L Borrero, | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee. | : | |

**ORDER EXTENDING POST-PETITION VEHICLE FINANCING**

**AND NOW** on this ___15th___ day of ___July___, 2016, upon consideration of Debtor's MOTION TO EXTEND ORDER GRANTING POST-PETITION VEHICLE FINANCING it is hereby **ORDERED, ADJUDGED, AND DECREED** that said Motion is **GRANTED**. Debtor shall have until ___August 15, 2016___ to obtain vehicle financing. An Amended Chapter 13 Plan, to include the payment for the subject vehicle, and a Report of Financing shall be filed on or before 7 days after the date of purchase/financing transaction.

BY THE COURT,

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

jlm

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                               Case No. 15-10555-TPA
Boneta L. Borrero                                                                    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1         User: amaz              Page 1 of 1              Date Rcvd: Jul 15, 2016
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2016.
db            +Boneta L. Borrero,   PO Box 334,   North East, PA 16428-0334

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2016                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2016 at the address(es) listed below:
    Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association
     agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
    Cynthia Morrow    on behalf of Creditor    MTGLQ INVESTORS, L.P.c/o Shellpoint Mortgage Serving
     cynthia.morrow@shellpointmtg.com
    Daniel P. Foster    on behalf of Plaintiff Boneta L Borrero dan@mrdebtbuster.com,
     clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
    Daniel P. Foster    on behalf of Debtor Boneta L. Borrero dan@mrdebtbuster.com,
     clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
    Kurt D. Gustafson    on behalf of Defendant    Chautauqua County Real Property Tax
     gustafsk@co.chautauqua.ny.us
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                       TOTAL: 7