**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | Bankruptcy No. 15-10555-TPA |
| | : | |
| **Boneta L Borrero,** | : | Chapter 13 |
| Debtor, | : | |
| | : | Docket No.: |
| Boneta L Borrero | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**STATUS REPORT**

**AND NOW** this 15th day of **August, 2016,** comes Boneta L Borrero ("Debtor"), by and through his attorney, Daniel P. Foster, Esquire and Foster Law Offices, and files this ***Status Report***. The Debtor avers as follows:

1. The Debtor filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code on May 19, 2015 (the "Filing Date").

2. On May 17, 2016, Debtor filed a Motion for Approval for Post-Petition financing to replace the 2013 Honda CR-V vehicle.

3. On June 7, 2016, this Honorable Court issued an Order Granting the Motion for Approval for Post-Petition financing.

4. July 14, 2016, Debtor filed a Motion to Extend the Order Granting Post-Petition Vehicle Financing.

5. On July 15, 2016, this Honorable Court Granted the Order Extending Post-Petition Vehicle Financing up to and including August 15, 2016.

6. At this time, the Debtor has been unable to obtain financing for a new automobile; however, Debtor's lease for the 2013 Honda CR-V vehicle has expired and Debtor has surrendered her interest in the subject vehicle.

7. Debtor files this Status Report, and will file an Amended Chapter 13 Plan to incorporate the surrendered 2013 Honda CR-V vehicle, to update the Court.

**WHEREFORE**, the Debtor files this Status Report in compliance with this Honorable Court's Order dated July 15, 2016.

Date: <u>August 15, 2016</u>                                         <u>*/s/ Daniel P. Foster, Esquire*</u>

Daniel P. Foster, Esquire
PA. I.D. No. 92376
Foster Law Offices
P. O. Box 966
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com
Attorney for Debtor