FILED
8/18/16 12:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | CASE NO. 15-10555-TPA |
| | : | |
| Boneta L Borrero, | : | CHAPTER 13 |
| Debtor, | : | |
| | : | |
| Boneta L Borrero, | : | |
| Movant, | : | DOCKET NO.: 97 |
| | : | |
| vs. | : | |
| | : | |
| MTGLQ Investors, L.P., | : | |
| | : | |
| And | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |

### ORDER REGARDING DEBTOR'S OBJECTION TO MORTGAGE PAYMENT CHANGE OF MTGLQ INVESTORS, L.P. AT CLAIM NUMBER 7

On this __18th__ day of __August__ 2016, after review of Debtor's Objection to Mortgage Payment Change filed by **MTGLQ Investors, L.P.**, it is **HEREBY ORDERED, ADJUDGED, AND DECREED** the Mortgage Payment Change is **DENIED**.

_____  jlm
Thomas P. Agresti, *Judge*
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Boneta L. Borrero  
     Debtor

Case No. 15-10555-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1    User: gamr    Page 1 of 1    Date Rcvd: Aug 18, 2016  
Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2016.  
db      +Boneta L. Borrero,    PO Box 334,    North East, PA 16428-0334

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.            TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2016            Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2016 at the address(es) listed below:

     Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association  
     agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
     Cynthia Morrow    on behalf of Creditor    MTGLQ INVESTORS, L.P.c/o Shellpoint Mortgage Serving  
     cynthia.morrow@shellpointmtg.com  
     Daniel P. Foster    on behalf of Plaintiff Boneta L Borrero dan@mrdebtbuster.com,  
     clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
     Daniel P. Foster    on behalf of Debtor Boneta L. Borrero dan@mrdebtbuster.com,  
     clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
     Kurt D. Gustafson    on behalf of Defendant    Chautauqua County Real Property Tax  
     gustafsk@co.chautauqua.ny.us  
     Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
     Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
           TOTAL: 7