**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | **CASE NO. 15-10555-TPA** |
| | : | |
| **Boneta L Borrero,** | : | **CHAPTER 13** |
|     Debtor, | : | |
| | : | |
| **Boneta L Borrero,** | : | |
|     Movant, | : | **DOCKET NO.:** |
| | : | |
| vs. | : | |
| | : | |
| **MTGLQ Investors, L.P.,** | : | |
| | : | |
|     And | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
|     Chapter 13 Trustee. | : | |
|     Respondents. | : | |

**CERTIFICATE OF SERVICE**

    I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Order Regarding Debtor's Objection to Mortgage Payment Change of MTGLQ Investors, L.P. at Claim Number 7 by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: **August 22, 2016**           *By: /s/ Clarissa Bayhurst*
                                                                                   Clarissa Bayhurst, PARALEGAL
                                                                                 FOSTER LAW OFFICES
                                                                                 PO Box 966
                                                                                 Meadville, PA 16335
                                                                                 Tel 814.724.1165
                                                                                 Fax 814.724.1158

**MATRIX**

Shellpoint Mortgage Servicing
c/o Cynthia Morrow
PO Box 10826
Greenville SC 29603

Boneta L Borrero
PO Box 334
North East PA 16428

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222