STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In Re:<br><br>Boneta L Borrero | Chapter 13<br><br>Case Number: 15-10555-TPA |
|---|---|

## NOTICE OF APPEARANCE

MTGLQ INVESTORS, L.P. [1] [2], a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List[3]:

William E. Miller, Esquire
*STERN & EISENBERG, PC*
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976

DATED THIS 5TH DAY OF DECEMBER, 2016.

By:   /s/William E. Miller, Esquire
☑   William E. Miller, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone:  (215) 572-8111
Facsimile:  (215) 572-5025
Bar Number:  308951
wmiller@sterneisenberg.com

---

1  Full title of Creditor is as follows: MTGLQ INVESTORS, L.P..
2  The current Servicer of this loan is Shellpoint Mortgage Servicing .
3  For reference, the property address associated with the undersigned's representation is 9213 Route 89, North East, PA 16428.

## **CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that a true and correct copy of the within Entry of Appearance and this Certificate, was sent to the Debtor(s), Counsel and the Trustee and all other required parties in accordance with the Rules of Bankruptcy Procedure on the date set forth below.

Boneta L Borrero
PO Box 334
North East, PA 16428

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Daniel P. Foster, Esquire
PO Box 966
Meadville, PA 16335

                                            Respectfully Submitted:

                                            Stern & Eisenberg, PC

By:    /s/ William E. Miller, Esquire
          ☒ William E. Miller, Esquire
          Stern & Eisenberg, PC
          1581 Main Street, Suite 200
          The Shops at Valley Square
          Warrington, PA 18976
          Phone: (215) 572-8111
          Facsimile: (215) 572-5025
          Bar Number: 308951
          wmiller@sterneisenberg.com

Date: December 5, 2016