**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 15-10555-TPA |
| | : | |
| **Boneta L Borrero,** | : | CHAPTER 13 |
| Debtor, | : | |
| | : | |
| **Boneta L Borrero,** | : | |
| Movant, | : | DOCKET NO.: |
| | : | |
| vs. | : | |
| | : | |
| **MTGLQ Investors, L.P.,** | : | |
| | : | |
| And | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the DEBTOR'S OBJECTION TO MORTGAGE PAYMENT CHANGE OF MTGLQ INVESTORS, L.P. AT CLAIM NUMBER 7 AND ORDER by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: <u>January 6, 2017</u>

By: <u>/s/ Clarissa Bayhurst</u>
CLARISSA BAYHURST, PARALEGAL
FOSTER LAW OFFICES
Po Box 966
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

---

*Parties served by the court electronically were not served by regular mail

# MATRIX

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh PA 15222

Boneta L Borrero
PO Box 334
North East PA 16428

Ronda J Winnecour, Esquire
USX Tower, Suite 3250
600 Grant Street
Pittsburgh PA 15219

Shellpoint Mortgage Servicing
c/o Carrie Dockter
PO Box 10826
Greenville SC 29603