Case 15-10555-TPA    Doc 126    Filed 01/11/17    Entered 01/12/17 07:56:19    Desc Main
                    Document      Page 1 of 1

FILED
1/11/17 4:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 15-10555-TPA |
| | : | Chapter: | 13 |
| Boneta L. Borrero | : | | |
| | : | | |
| | : | Date: | 1/11/2017 |
| *Debtor(s).* | : | Time: | 10:30 |

### PROCEEDING MEMO

*MATTER:*    #110 Objection to the Notice of Mortgage Payment Change by Debtor
            #120 Resp. by MTGLQ Investors LP

*APPEARANCES*:
            Debtor:    Daniel P. Foster
            Trustee:   Richard Bedford
            MTGLQ:     William Miller (video)

*NOTES:*

Foster:    I consent to withdrawal of the Notice.

Miller:    I will withdraw the notices

*OUTCOME:*  Withdrawal of (2) Notices is GRANTED

jlm