Case 15-10555-TPA    Doc 129    Filed 01/14/17    Entered 01/15/17 01:01:12    Desc
              Imaged Certificate of Notice    Page 1 of 2

FILED
1/11/17 4:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Boneta L Borrero<br>Debtor<br><br>-----------------------------------------------<br><br>Boneta L Borrero<br>Movant<br><br>v.<br><br>Shellpoint Mortgage Servicing, as servicer for MTGLQ Investors, L.P.<br>Respondent<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee | Case Number: 15-10555-TPA<br><br>CHAPTER: 13<br><br>RELATED DOCUMENT: 110<br><br>Response deadline: December 27, 2016<br><br>Hearing Date and Time: January 11, 2017 at 10:30 am |

**WITHDRAWAL OF NOTICE OF PAYMENT CHANGE FILED ON OCTOBER 27, 2016**

     Kindly withdraw the Notice of Payment Change of Shellpoint Mortgage Servicing, as servicer for MTGLQ Investors, L.P. filed on October 27, 2016 without prejudice.

                          Respectfully Submitted:

                          Stern & Eisenberg, PC

By:   /s/ William E. Miller
      William E. Miller, Esquire
      Stern & Eisenberg, PC
      1581 Main Street, Suite 200
      The Shops at Valley Square
      Warrington, PA 18976
      Phone:  (215) 572-8111
      Facsimile:  (215) 572-5025
      Bar Number:  308951
Date:  January 10, 2017      wmiller@sterneisenberg.com

**SO ORDERED**
January 11, 2017

*[Signature]*
jlm

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Boneta L. Borrero  
    Debtor

Case No. 15-10555-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: gamr     Page 1 of 1     Date Rcvd: Jan 12, 2017  
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2017.  
db          +Boneta L. Borrero,    PO Box 334,    North East, PA 16428-0334

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                          TOTAL: 0

                ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2017                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2017 at the address(es) listed below:

        Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
        Cynthia Morrow    on behalf of Creditor    MTGLQ INVESTORS, L.P.c/o Shellpoint Mortgage Serving cynthia.morrow@shellpointmtg.com  
        Daniel P. Foster    on behalf of Plaintiff Boneta L Borrero dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
        Daniel P. Foster    on behalf of Debtor Boneta L. Borrero dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
        James Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, National Association bkgroup@kmllawgroup.com  
        Kurt D. Gustafson    on behalf of Defendant    Chautauqua County Real Property Tax gustafsk@co.chautauqua.ny.us  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
        William E. Miller    on behalf of Creditor    MTGLQ Investors LP wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

                                                                                                      TOTAL: 9