Form 213

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Boneta L. Borrero**
   Debtor(s)

Bankruptcy Case No.: 15–10555–TPA
Related to Docket No. 131
Chapter: 13
Docket No.: 132 – 131
Concil. Conf.: May 23, 2017 at 09:30 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **April 10, 2017,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **April 25, 2017,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **May 23, 2017** at **09:30 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: February 22, 2017

cm: All Creditors and Parties In Interest

Thomas P. Agresti, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                              Case No. 15-10555-TPA
Boneta L. Borrero                                                   Chapter 13
      Debtor                      CERTIFICATE OF NOTICE
District/off: 0315-1          User: jmar                   Page 1 of 2                  Date Rcvd: Feb 22, 2017
                              Form ID: 213                 Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2017.
db             +Boneta L. Borrero,    PO Box 334,    North East, PA 16428-0334
cr              MTGLQ INVESTORS, L.P.c/o Shellpoint Mortgage Servi,     PO Box 10826,
                 Greenville, SC 29603-0826
cr             +MTGLQ Investors LP,    Stern & Eisenberg, PC,    1581 Main Street,   Suite 200,
                 Warrington, PA 18976-3400
sp             +Michael J. Nies,    504 State Street,    3rd Floor,   Erie, PA 16501-1190
14048698       +Aes / Brazos / Us Bank,    Po Box 61047,    Harrisburg, PA 17106-1047
14048699       +Aes / Pheaa Frn,    PO Box 61047,    Harrisburg, PA 17106-1047
14048700       +Aes / Pheaa Ke,    PO Box 61047,    Harrisburg, PA 17106-1047
14048702       +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
14048703       +Chase Mortgage,    Po Box 24696,    Columbus, OH 43224-0696
14110964        Chautauqua County Dept. of Finance,     3 North St,   Mayville, NY 14757-1007
14048704       +Citibank / The Home Depot,    Centralized Bankruptcy,    Po Box 790040,
                 Saint Louis, MO 63179-0040
14048705       +Comenity Bank / Chadwicks,    Attn: Bankruptcy,    Po Box 182686,   Columbus, OH 43218-2686
14048706       +Comenity Bank / Express,    Attn: Bankruptcy,    PO Box 182686,   Columbus, OH 43218-2686
14335302        ECMC,   PO BOX 16408,    ST. PAUL, MN 55116-0408
14128486       +JPMorgan Chase Bank, National Association,     Chase Records Center,   Attn: Correspondence Mail,
                 Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
14048711       +KML Law Group, PC,    BNY Independence Center,    701 Market Street,   Suite 5000,
                 Philadelphia, PA 19106-1541
14189287        MTGLQ Investors, L.P.,    C/O Shellpoint Mortgage Servicing,    PO Box 10826,
                 Greenville, SC 29603-0826
14072135       +PHEAA,   PO Box 8147,    Harrisburg, PA 17105-8147
14048714      ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: Us Bank,     Po Box 108,   St Louis, MO 63166)
14048715       +Verizon,    500 Technology Drive,    Suite 550,   Weldon Spring, MO 63304-2225
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14048701        E-mail/Text: ebnbankruptcy@ahm.honda.com Feb 23 2017 01:57:04      American Honda Finance,
                 Po Box 168088,    Irving, TX 75016
14059666        E-mail/Text: ebnbankruptcy@ahm.honda.com Feb 23 2017 01:57:04
                 American Honda Finance Corporation,     National Bankruptcy Center,   P.O. Box 168088,
                 Irving, TX 75016-8088,    866-716-6441
14093284        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 23 2017 02:09:19
                 American InfoSource LP as agent for,     Verizon,   PO Box 248838,
                 Oklahoma City, OK 73124-8838
14048709       +E-mail/Text: cio.bncmail@irs.gov Feb 23 2017 01:56:17      Internal Revenue Service,
                 Centralized Insolvency Operations,     PO Box 7346,   Philadelphia, PA 19101-7346
14048712        E-mail/Text: bnckohlsnotices@becket-lee.com Feb 23 2017 01:56:16      Kohls / Capone,
                 N56 West 17000 Ridgewood Drive,    Menomonee Falls, WI 53051
14089919        E-mail/Text: bnc-quantum@quantum3group.com Feb 23 2017 01:56:28
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,   Kirkland, WA 98083-0788
                                                                                               TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMorgan Chase Bank, National Association
cr*             ECMC,   P.O. BOX 16408,    ST. PAUL, MN 55116-0408
14048710*      +Internal Revenue Service,    William Moor-Head Building,   1000 Liberty Avenue,    Room 806,
                 Pittsburgh, PA 15222-4027
14048708*       Internal Revenue Service,    Insolvency Unit,   PO Box 628,   Pittsburgh, PA 15230
14048707      ##+Commercial Acceptance,    2 West Main Street,   Shiremanstown, PA 17011-6326
14048713      ##+Ob-Gyn Associates of Erie PC,    311 West 24th Street,   Suite 303,   Erie, PA 16502-2666
                                                                                              TOTALS: 1, * 3, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0315-1           User: jmar                 Page 2 of 2                   Date Rcvd: Feb 22, 2017
                               Form ID: 213               Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Cynthia  Morrow    on behalf of Creditor    MTGLQ INVESTORS, L.P.c/o Shellpoint Mortgage Serving
               cynthia.morrow@shellpointmtg.com
              Daniel P. Foster    on behalf of Plaintiff Boneta L Borrero dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Debtor Boneta L. Borrero dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James  Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com
              Kurt D. Gustafson    on behalf of Defendant    Chautauqua County Real Property Tax
               gustafsk@co.chautauqua.ny.us
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              William E. Miller    on behalf of Creditor    MTGLQ Investors LP wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                             TOTAL: 9
```