UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re: Boneta L. Borrero : Case No. 15-10555-TPA
:
Debtor : Chapter 13
: Related to Document # 135

**CONSENT ORDER MODIFYING PLAN CONFIRMATION ORDER**

NOW, this _____ day of _____, 2017, upon an agreement reached between the Debtor and the Chapter 13 Trustee, as evidenced by signatures of counsel as set forth below, it is

ORDERED that the 5-23-17 order, confirming the debtor's chapter 13 plan dated 4-10-17, is amended to add the following provision:

For the remainder of the Plan term, the periodic Plan payment is amended to be $1,957.00 as of November 2017. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

The confirmation order dated 5-23-17 otherwise remains in full force and effect.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE

Consented to:

/s/ Daniel P. Foster_____
Daniel P. Foster, PA I.D. # 92376
Foster Law Offices
Post Office Box 966
Meadville, PA 16355
Tel: 814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com

/s/ Richard J. Bedford_____
Richard J. Bedford, PA I.D. 25069
Counsel for Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant St.
Pittsburgh PA 15219
(412) 471-5566
rbedford@chapter13trusteewdpa.com