FILED
10/16/17 10:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re: Boneta L. Borrero : Case No. 15-10555-TPA
:
         Debtor : Chapter 13
: Related to Document # 135 & 138

## CONSENT ORDER MODIFYING PLAN CONFIRMATION ORDER

NOW, this __16th__ day of __October__, 2017, upon an agreement reached between the Debtor and the Chapter 13 Trustee, as evidenced by signatures of counsel as set forth below, it is

ORDERED that the 5-23-17 order, confirming the debtor's chapter 13 plan dated 4-10-17, is amended to add the following provision:

For the remainder of the Plan term, the periodic Plan payment is amended to be $1,957.00 as of November 2017. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

The confirmation order dated 5-23-17 otherwise remains in full force and effect.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE

Consented to:

/s/ Daniel P. Foster
Daniel P. Foster, PA I.D. # 92376
Foster Law Offices
Post Office Box 966
Meadville, PA 16355
Tel: 814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com

/s/ Richard J. Bedford
Richard J. Bedford, PA I.D. 25069
Counsel for Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant St.
Pittsburgh PA 15219
(412) 471-5566
rbedford@chapter13trusteewdpa.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 15-10555-TPA
Boneta L. Borrero                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1        User: gamr        Page 1 of 1        Date Rcvd: Oct 16, 2017
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2017.
db             +Boneta L. Borrero,    PO Box 334,    North East, PA 16428-0334

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2017 at the address(es) listed below:
        Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association
         agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
        Cynthia Morrow    on behalf of Creditor    MTGLQ INVESTORS, L.P.c/o Shellpoint Mortgage Serving
         cynthia.morrow@shellpointmtg.com
        Daniel P. Foster    on behalf of Plaintiff Boneta L Borrero dan@mrdebtbuster.com,
         clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
        Daniel P. Foster    on behalf of Debtor Boneta L. Borrero dan@mrdebtbuster.com,
         clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
        James Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, National Association
         bkgroup@kmllawgroup.com
        Kurt D. Gustafson    on behalf of Defendant    Chautauqua County Real Property Tax
         gustafsk@co.chautauqua.ny.us
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        William E. Miller    on behalf of Creditor    MTGLQ Investors LP wmiller@sterneisenberg.com,
         bkecf@sterneisenberg.com
                                                                                                     TOTAL: 9