Case 15-10555-TPA    Doc 145    Filed 11/30/17    Entered 11/30/17 13:17:09    Desc Main
              Document      Page 1 of 5


**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY CASE NO. 15-10555-TPA |
| Boneta L Borrero, | : | CHAPTER 13 |
| Debtor. | : | |
| | : | DOCKET NO.: 145 |
| Foster Law Offices, LLC, | : | |
| Movant. | : | Hearing Date & Time: |
| | : | Wednesday, January 10, 2018 at 11:00 A.M. |
| vs. | : | |
| No Respondent. | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE REGARDING APPLICATION OF FOSTER LAW OFFICES, LLC, COUNSEL TO THE DEBTOR, FOR INTERIM COMPENSATION**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movant seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **DECEMBER 17, 2017** i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

**You should take this to your lawyer at once.**

A hearing will be held **Wednesday, January 10, 2018 at 11:00 A.M.** in the Erie Bankruptcy Courtroom, United States Courthouse, 17 South Park Row, Erie, PA 16501. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date: <u>November 30, 2017</u>                                                                    Respectfully submitted,

*/s/ Daniel P. Foster, Esquire*
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices, LLC
PO Box 966
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:dan@mrdebtbuster.com
Attorney for Debtor

**CERTIFICATE OF SERVICE**

       I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Notice of Hearing along with the APPLICATION OF FOSTER LAW OFFICES, LLC, COUNSEL TO THE DEBTOR, FOR INTERIM COMPENSATION**, by First-Class Mail, U.S. Postage Paid on the parties below.

Executed on: **November 30, 2017**    *By: /s/ Kathryn M. Schwartz*
KATHRYN M. SCHWARTZ, PARALEGAL
FOSTER LAW OFFICES, LLC
PO Box 966
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

MATRIX

Aes / Pheaa Ke
PO Box 61047
Harrisburg, PA 17106-1047

Boneta L. Borrero
PO Box 334
North East, PA 16428-0334

Chautauqua County Dept. of Finance
3 North St
Mayville, NY 14757-1007

Comenity Bank / Express
PO Box 182686
Columbus, OH 43218-2686

Internal Revenue Service
Insolvency Unit
PO Box 628
Pittsburgh, PA 15230

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826

AMERICAN HONDA FINANCE
P O BOX 168088
IRVING TX 75016-8088

Chase Card
Po Box 15298
Wilmington, DE 19850-5298

Citibank / The Home Depot
Po Box 790040
Saint Louis, MO 63179-0040

Commercial Acceptance
2 West Main Street
Shiremanstown, PA 17011-6326

Andrew F Gornall
KML Law Group, P.C.
701 Market St, Ste 5000
Philadelphia, PA 19106-1541

Internal Revenue Service
William Moor-Head Building
1000 Liberty Ave, Room 806
Pittsburgh, PA 15222-4027

Kohls / Capone
N56 West 17000 Ridgewood Drive
Menomonee Falls, WI 53051

Michael J. Nies
504 State St, 3rd Floor
Erie, PA 16501-1190

American InfoSource LP
PO Box 248838
Oklahoma City, OK 73124-8838

Chase Mortgage
Po Box 24696
Columbus, OH 43224-0696

ECMC
P.O. BOX 16408
ST. PAUL, MN 55116-0408

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, National Association
Attn: Correspondence Mail
Mail Code LA4-5555 700 Kansas Ln
Monroe, LA 71203-4774

Verizon
500 Technology Dr, Ste 550
Weldon Spring, MO 63304-2225

William E. Miller
Stern & Eisenberg, PC
1581 Main Street, Suite 200
Warrington, PA 18976-3400

Ob-Gyn Associates of Erie PC
311 West 24th St, Ste 303
Erie, PA 16502-2666

Office of the United States Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

PHEAA
PO Box 8147
Harrisburg, PA 17105-8147

Pennsylvania Dept. of Revenue
Liberty Center. Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Quantum3 Group LLC
PO Box 788
Kirkland, WA 98083-0788

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

US BANK
PO BOX 5229
CINCINNATI OH 45201-5229