**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY CASE NO. 15-10555-TPA |
| Boneta L Borrero, | : | CHAPTER 13 |
| Debtor. | : | |
| | : | RELATED TO DOCKET NO(S): 144 & 145 |
| Foster Law Offices, LLC, | : | |
| Movant. | : | |
| | : | |
| vs. | : | |
| No Respondent. | : | |

## CERTIFICATE OF NO OBJECTION REGARDING MOTION TO AUTHORIZE LOAN MODIFICATION

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the **INTERIM APPLICATION FOR COMPENSATION**, filed on November 30, 2017, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, Objections to the Motion were to be filed and served no later than December 17, 2017.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: December 18, 2017

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices, LLC
P.O. Box 966
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com
Attorney for Debtors

## **CERTIFICATE OF SERVICE**

      I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Certificate of No Objection Regarding Interim Application for Compensation** by First-Class Mail, U.S. Postage Paid on the parties below.

Executed on: December 18, 2017            *By: /s/ Kathryn M. Schwartz*
                                                         KATHRYN M. SCHWARTZ
                                                         PARALEGAL
                                                         FOSTER LAW OFFICES, LLC
                                                         PO Box 966
                                                         Meadville, PA 16335
                                                         Tel 814.724.1165
                                                         Fax 814.724.1158

## **MATRIX**

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov

Boneta L. Borrero
PO Box 334
North East, PA 16428