FILED
12/19/17 10:31 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY CASE NO. 15-10555-TPA |
| Boneta L Borrero, | : | CHAPTER 13 |
| Debtor. | : | |
| | : | Related to DOCKET NO.: 144 |
| Foster Law Offices, LLC, | : | |
| Movant. | : | |
| | : | |
| vs. | : | |
| No Respondent. | : | |

### ORDER OF COURT

**AND NOW**, on this ____19th____ day of _____December_____, 2017, the *Application of Foster Law Offices, LLC, as Counsel for the Debtor, for Interim Compensation,* is **APPROVED** in the amount of **$2,000.00** for services rendered on behalf of the Debtor for the period between May 19, 2015– November 30, 2017. The total legal fees approved shall be the $5,000.00 "no look" and the $2,000.00 Fee Application, for a total of $7,000.00.

BY THE COURT,

**jlm**

*United States Bankruptcy Judge*

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                        Case No. 15-10555-TPA
Boneta L. Borrero                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: gamr          Page 1 of 1          Date Rcvd: Dec 19, 2017
                             Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2017.
db             #+Boneta L. Borrero,    PO Box 334,    North East, PA 16428-0334

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2017                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2017 at the address(es) listed below:
        Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association
        agornall@goldbecklaw.com,  bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
        Cynthia   Morrow    on behalf of Creditor    MTGLQ INVESTORS, L.P.c/o Shellpoint Mortgage Serving
        cynthia.morrow@shellpointmtg.com
        Daniel P. Foster    on behalf of Plaintiff Boneta L Borrero dan@mrdebtbuster.com,
        clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
        Daniel P. Foster    on behalf of Debtor Boneta L. Borrero dan@mrdebtbuster.com,
        clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
        James   Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, National Association
        bkgroup@kmllawgroup.com
        Kurt D. Gustafson    on behalf of Defendant    Chautauqua County Real Property Tax
        gustafsk@co.chautauqua.ny.us
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        William E. Miller    on behalf of Creditor    MTGLQ Investors LP wmiller@sterneisenberg.com,
        bkecf@sterneisenberg.com
                                                                              TOTAL: 9