IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Boneta L. Borrero | : | Case No.15-10555TPA |
| | : | Chapter 13 |
|     Debtor(s) | : | |
| Carl Borrero | : | |
| | : | Re Doc.149 |
|     Movant(s) | : | |
| | : | |
| vs. | : | |
| Boneta L. Borrero, and | : | |
| Ronda J. Winnecour, Trustee | : | Hearing Date 2/7/17 |
|     Respondent(s) | | |

## TRUSTEE'S RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. Carl Borrero requests relief from stay of the divorce action so that the parties may try the divorce proceeding to conclusion in the Court of Common Pleas of Erie County.

2. The Trustee has no objection to relief from stay to permit the parties to enforce the divorce decree; however, the Bankruptcy Court should retain its jurisdiction over the estate assets, and no equitable distribution should be made final without the approval of the Bankruptcy Court.

WHEREFORE, the Trustee respectfully requests that the Court retain jurisdiction over the estate assets.

RONDA J. WINNECOUR,
CHAPTER 13 TRUSTEE

Date:  01/08/18            by      __/s/ Jana S. Pail_____
Jana S. Pail - PA I.D. #88910
Attorney for Trustee
US Steel Tower – Suite 3250
600 Grant St.
Pittsburgh, PA  15219
(412) 471-5566
jpail@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Boneta L. Borrero | : | Case No.15-10555TPA |
| | : | Chapter 13 |
| Debtor(s) | : | |
| Carl Borrero | : | |
| | : | Re Doc.149 |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| Boneta L. Borrero, and | : | |
| Ronda J. Winnecour, Trustee | : | Hearing Date 2/7/17 |
| Respondent(s) | | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 08th of January 2018, I served one true and correct copy of the foregoing document on the following parties in interest by United States first-class mail, postage prepaid, addressed as follows:

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh PA.  15222

Michael Graml, Esquire
714 Sassafras Street
Erie PA 16501

Boneta Borrero
PO Box 334
North East PA 16428

Daniel Foster, Esquire
PO Box 966
Meadville PA 16335

    _/s/Dianne DeFoor_____
Office of Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com