Case 15-10555-TPA    Doc 160    Filed 01/11/18    Entered 01/11/18 09:48:04    Desc Main
Document      Page 1 of 1

FILED
1/11/18 9:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 15-10555-TPA |
| Boneta L. Borrero | : | Chapter: 13 |
| *Debtor(s).* | : | Date: 1/10/2018 |
| | : | Time: 10:30 |

## PROCEEDING MEMO

**MATTER:**  #141 Obj. to the Notice of Mortgage Payment Change
#153 Resp. by MTGLQ Investors, L.P.
#154 Resp. by Trustee
#155 Resp. by Debtor
#156 Withdrawal of Notice of Mortgage Payment Change
#158 Withdrawal of Resp. at Doc. No. 153

**APPEARANCES:**

Debtor:        Daniel P. Foster
Trustee:       Ronda Winncour
MTGLQ:         Matthew Pavlovich
Carl Borrero:  Michael Graml

**NOTES:**

Foster:   Discussed with counsel, Notice was requested to be withdrawn. I interpreted that the mortgage company did not agree with mortgage modification. Modification was with Chase Bank.

Pavlovich:   (10:50) Agree to work with Atty. Foster to resolve this.

Graml:   Motion for Relief is pending, ask it tracks this matter.

**OUTCOME:**   Continued, generally, to 2/7/18 at 9:30am

jlm