# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Boneta L Borrero<br>Debtor<br>-------------------------------------------------<br>Boneta L Borrero<br>Movant<br><br>v.<br><br>Shellpoint Mortgage Servicing, as servicer for MTGLQ Investors, L.P.<br>Respondent<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee | Case Number: 15-10555-TPA<br><br>CHAPTER: 13<br><br>RELATED DOCUMENT: |

## AMENDED AND CORRECTED CERTIFICATE OF SERVICE OF WITHDRAWAL OF PAYMENT CHANGE

I, William Miller, Esquire, hereby certify that a true and correct copy of the Withdrawal of Payment Change (filed at Doc. No. 156) was sent to below-listed recipients on January 9, 2018 via electronic notification: This Certificate of Service is intended to replace the Certificate of Service filed contemporaneously with Doc. No. 156.

Daniel P. Foster, Esquire
PO Box 966
Meadville, PA 16335

Ronda J. Winnecour, Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

                                                  STERN & EISENBERG, P.C.
By:    /s/ William E. Miller
                  William Miller, Esquire
                  PA ID #308951
                  wmiller@sterneisenberg.com
                  Stern & Eisenberg, PC
                  1581 Main Street, Suite 200
                  Warrington, PA 18976
                  (215) 572-8111 x1156
                  Counsel for Respondent