IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Boneta L. Borrero | : | Case No.15-10555TPA |
| | : | Chapter 13 |
|     Debtor(s) | : | |
| Carl Borrero | : | |
| | : | Re Doc.149 |
|     Movant(s) | : | |
| | : | |
|     vs. | : | |
| Boneta L. Borrero, and | : | |
| Ronda J. Winnecour, Trustee | : | Hearing Date 2/7/17 |
|     Respondent(s) | | |

### WITHDRAWAL OF TRUSTEE'S RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY

The Response that was filed in the above-referenced case on January 08, 2018 (document #154) is hereby WITHDRAWN.

                                                  Respectfully submitted

1/16/18                                        /s/ Ronda J. Winnecour

                                                Ronda J. Winnecour (PA I.D. #30399)
                                                Attorney and Chapter 13 Trustee
                                                U.S. Steel Tower – Suite 3250
                                                600 Grant Street
                                                Pittsburgh, PA  15219
                                                (412) 471-5566
                                                cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | | |
| Boneta L. Borrero | : | Case No.15-10555TPA |
| | : | Chapter 13 |
| Debtor(s) | : | |
| Carl Borrero | : | |
| | : | Re Doc.149 |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| Boneta L. Borrero, and | : | |
| Ronda J. Winnecour, Trustee | : | Hearing Date 2/7/17 |
| Respondent(s) | | |

CERTIFICATE OF SERVICE

    I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading upon the following, by regular United States mail, postage prepaid:

All parties on attached mailing matrix

| | |
|---|---|
| 1/16/18 | /S/ Dianne DeFoor___ |
| date | Office of the Chapter 13 Trustee |
| | US Steel Tower – Suite 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA  15219 |
| | (412) 471-5566 |