Case 15-10555-TPA    Doc 166    Filed 03/08/18    Entered 03/08/18 11:33:56    Desc Main
                              Document            Page 1 of 1

FILED
3/8/18 11:29 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 15-10555-TPA |
| Boneta L. Borrero | : | Chapter: 13 |
| | : | |
| *Debtor(s).* | : | |
| | : | Date: 3/7/2018 |
| | : | Time: 11:30 |

## PROCEEDING MEMO

**MATTER:**  #141 Cont. Objection to the Notice of Mortgage Payment Change
 #153 Resp. by MTGLQ Investors, L.P.
 #154 Resp. by Trustee
 #155 Resp. by Debtor
 #156 Withdrawal of Notice of Mortgage Payment Change
 #158 Withdrawal of Resp. at Doc. No. 153

**APPEARANCES:**

Debtor: Daniel P. Foster + Ronald Cook
Trustee: Ronda J. Winnecour
MTGLQ & Shelpoint: Mark Claypool
Carlos Borrero: Michael Graml

**NOTES:**

Graml:

Foster: Tried to get things worked out. Centered around real estate. Background of matters given. (11:37) Loan modification granted with Chase Bank on 2/12. Notice of servicer change on 2/23, transfer of claim on 3/1. They have filed 4 Notice of Mortgage Payment Change without recognizing the loan modification that have been objected to.

Claypool: Shellpoint's position is there is no signature of the bank on LMP docs, only the Debtors. Chase and Shellpoint have different standards. No dispute as to the facts.

Graml: Background of matters surrounding loan modification given. (11:48) Student loans being paid $100 per month. $1100 of other secured claims. RFS matter is regarding real estate involved with LMP.

**OUTCOME:** Matter referred to Mediation with Atty. Norman Gilkey. Chambers to issue Order.

*/s/ [signature]*
vas