Case 15-10555-TPA    Doc 167    Filed 03/08/18    Entered 03/08/18 11:36:13    Desc Main
Document    Page 1 of 1

FILED
3/8/18 11:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 15-10555-TPA |
| | : | |
| Boneta L. Borrero | : | Chapter: 13 |
| | : | |
| *Debtor(s).* | : | |
| | : | Date: 3/7/2018 |
| | : | Time: 011:30 |

### PROCEEDING MEMO

**MATTER:**       #149 MFRS filed by Carl Borrero
                  #154 Resp. by Trustee
                  #155 Resp. by Debtor
                  #164 Withdraw of Resp. by Trustee

**APPEARANCES:**
    Debtor:        Daniel P. Foster
    Trustee:       Ronda J. Winnecour
    Carl Borrero:  Michael Graml

**NOTES:**

   See Proceeding Memo of hearing held this date regarding Doc. 141.

**OUTCOME:**    Chambers to issue Order.

*vas*