FILED
3/9/18 10:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

BONETA L. BORRERO, : Case No. 15-10555-TPA
*Debtor.* : Chapter 13
:
:
: Related to Doc. No. 149

**<u>ORDER</u>**

After hearing held on the ***Motion for Relief from Stay*** (Doc. 149) filed by Carl Borrero on January 8, 2018, the pleading, reduced to its essence, argues the movant's position is that he transferred the property under duress based on misrepresentations of the Debtor. As a result a *Motion for Relief from Stay* is not the proper avenue for bringing this type of claim. Therefore,

***AND NOW***, this **9th** day of ***March, 2018***, for the reasons stated at the hearing and above it is hereby **ORDERED, ADJUDGED** and **DECREED** that ***on or before April 15, 2018*** the Movant will file the appropriate ***Complaint*** containing his allegations set forth in the *Motion for Relief from Stay*. The matters pertaining to the *Motion for Relief from Stay* (Doc. 149) are stayed pending resolution of the litigation referred to in the adversary to be filed as referenced above.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case administrator to serve:
    Debtor
    Michael Graml, Esq.
    Daniel Foster, Esq.
    Ronda Winnecour, Chapter 13 Trustee
    Mark Claypool, Esq.
    Norman Gilkey, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 15-10555-TPA
Boneta L. Borrero                                                                   Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: gamr              Page 1 of 1                  Date Rcvd: Mar 09, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2018.
db              #+Boneta L. Borrero,    PO Box 334,    North East, PA 16428-0334

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2018 at the address(es) listed below:
      Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association
       agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
      Cynthia  Morrow    on behalf of Creditor    MTGLQ INVESTORS, L.P.c/o Shellpoint Mortgage Serving
       cynthia.morrow@shellpointmtg.com
      Daniel P. Foster    on behalf of Debtor Boneta L. Borrero dan@mrdebtbuster.com,
       clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
      Daniel P. Foster    on behalf of Plaintiff Boneta L Borrero dan@mrdebtbuster.com,
       clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
      James  Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, National Association
       bkgroup@kmllawgroup.com
      Kurt D. Gustafson    on behalf of Defendant    Chautauqua County Real Property Tax
       gustafsk@co.chautauqua.ny.us
      Michael J. Graml    on behalf of Creditor Carl  Borrero mattorney@neo.rr.com,   mjgraml@verizon.net
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      William E. Miller    on behalf of Creditor    MTGLQ INVESTORS, L.P.c/o Shellpoint Mortgage Serving
       wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
      William E. Miller    on behalf of Creditor    MTGLQ Investors LP wmiller@sterneisenberg.com,
       bkecf@sterneisenberg.com
                                                                                                                                              TOTAL: 11