# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **BONETA L. BORRERO** ) | Case No. 15-10555-TPA |
| *Debtor,* ) | |
| **BONETA L. BORRERO,** ) | Chapter 13 |
| *Movant,* ) | |
| v. ) | Related to Claim 7 |
| **SHELLPOINT MORTGAGE** ) | |
| **SERVICING AS SERVICOR FOR** ) | Related to Document Nos. 141, 153 |
| **MTGLQ INVESTORS, L.P.,** ) | |
| **RONDA J. WINNECOUR,** ) | |
| **CHAPTER 13 TRUSTEE,** ) | |
| *Respondents.* ) | |

## MEDIATOR'S STATEMENT PURSUANT TO
## LOCAL BANKRUPTCY RULE 9019-3(k)

AND NOW, comes Norman E. Gilkey, Esquire, the Mediator appointed by the Court on March 8, 2018, at Document No. 168, and files the within Statement.

1. The Mediator has made the requisite inquiry pursuant to W.PA. LBR 9019(j) and has determined that he has no known conflicts of interests.

2. The Mediator accepts the appointment and knows of no basis for disqualification.

March 14, 2018

/s/Norman E. Gilkey
Norman E. Gilkey, Esquire
PA I.D. No. 34310
Babst Calland Clements & Zomnir, P.C.
Two Gateway Center, 7th Floor
Pittsburgh, PA 15222
412-394-5626
ngilkey@babstcalland.com
Mediator

{B3633156.1}