# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **BONETA L. BORRERO** ) | Case No. 15-10555-TPA |
| *Debtor,* ) | |
| ) | **Chapter 13** |
| **BONETA L. BORRERO,** ) | |
| *Movant,* ) | Document No. ____ |
| ) | |
| v. ) | Related to Document No. 168 |
| ) | |
| **SHELLPOINT MORTGAGE** ) | |
| **SERVICING AS SERVICOR FOR** ) | |
| **MTGLQ INVESTORS, L.P.,** ) | |
| **RONDA J. WINNECOUR,** ) | |
| **CHAPTER 13 TRUSTEE,** ) | |
| ) | |
| *Respondents.* ) | |

## REPORT OF THE MEDIATOR

AND NOW, comes Norman E. Gilkey, Esquire, the Mediator appointed by the Court on March 8, 2018, at Document No. 168, and files the within Report.

1. The Mediator has been advised by counsel to the parties that a settlement has been reached, subject to Court approval, such that no Mediation process will be required.

2. The Mediator is treating the Mediation as being closed and will not be charging any fees or costs.

March 29, 2018

/s/Norman E. Gilkey
Norman E. Gilkey, Esquire
PA I.D. No. 34310
Babst Calland Clements & Zomnir, P.C.
Two Gateway Center, 7th Floor
Pittsburgh, PA 15222
412-394-5626
ngilkey@babstcalland.com
Mediator

{B3665250.1}