Case 15-10555-TPA    Doc 176    Filed 04/12/18    Entered 04/13/18 00:49:56    Desc
Imaged Certificate of Notice    Page 1 of 3

FILED
4/10/18 10:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | | |
| BONETA L. BORRERO | : | Case No. 15-10555-TPA |
| *Debtor* | : | Chapter 13 |
| | : | |
| BONETA L. BORRERO | : | |
| *Movant* | : | |
| | : | |
| v. | : | Related to Document No. 168, 173 |
| | : | |
| SHELLPOINT MORTGAGE | : | |
| SERVICING AS SERVICOR FOR | : | |
| MTGLQ INVESTORS, L.P., | : | |
| RONDA J. WINNECOUR, ESQ., | : | |
| CHAPTER 13 TRUSTEE | : | |
| *Respondents* | : | Hearing: May 2, 2018 at 10:30 A.M. |

## ORDER TO SHOW CAUSE

The Parties having ignored the requirements of the Mediation Referral Order of March 8, 2018, filed at Document No. 168 by failing to file a joint motion to approve settlement within 7 days of reaching a resolution of their dispute which, according to the document at Document No. 173, indicates the matter was settled at least as recently as March 29, 2018.

*AND NOW*, this **9th** day of ***April, 2018***, it is hereby **ORDERED, ADJUDGED and DECREED** that an ***Order to Show Cause*** is issued against the Debtor, ***Boneta L. Borrero***, ***Daniel P. Foster, Esq.***, and ***William E. Miller, Esq. and the Supervisor in charge of the Bankruptcy Department of Shellpoint Mortgage as well as a Principal of MTGLQ Investors, L.P.,*** to ***personally*** appear at a hearing scheduled on ***May 2, 2018*** at ***10:30 A.M.*** in the Erie Bankruptcy Courtroom, U. S. Courthouse, 17 South Park Row, Erie, PA 16501 to show cause as

1

to why sanctions should not be imposed, including a monetary fine imposed against each of them, in addition to other possible sanctions, for willful failure to timely comply with this Court's Order as noted above. If compliance with the above orders occurs *on or before April 16, 2018*, the hearing scheduled above *may* be cancelled.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrator to serve:
    Debtor
    Daniel P. Foster, Esq.
    William E. Miller, Esq.
    Norman Gilkey, Esq.
    Ronda J. Winnecour, Esq.

2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-10555-TPA
Boneta L. Borrero                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1    User: gamr    Page 1 of 1    Date Rcvd: Apr 10, 2018
                Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2018.
db         #+Boneta L. Borrero,   PO Box 334,   North East, PA 16428-0334
md          Norman E. Gilkey,   Babst, Calland, Clements & Zomnir, P.C.,   Two Gateway Center, 7th Floor,   Pittsburgh, PA 15222

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2018                                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2018 at the address(es) listed below:
        Andrew F Gornall   on behalf of Creditor   JPMorgan Chase Bank, National Association agornall@goldbecklaw.com,  bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
        Cynthia Morrow   on behalf of Creditor   MTGLQ INVESTORS, L.P.c/o Shellpoint Mortgage Serving cynthia.morrow@shellpointmtg.com
        Daniel P. Foster   on behalf of Debtor Boneta L. Borrero dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
        Daniel P. Foster   on behalf of Plaintiff Boneta L Borrero dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
        James Warmbrodt   on behalf of Creditor   JPMorgan Chase Bank, National Association bkgroup@kmllawgroup.com
        Kurt D. Gustafson   on behalf of Defendant   Chautauqua County Real Property Tax gustafsk@co.chautauqua.ny.us
        Michael J. Graml   on behalf of Creditor Carl  Borrero mattorney@neo.rr.com,  mjgraml@verizon.net
        Norman E. Gilkey   on behalf of Mediator Norman E. Gilkey ngilkey@bccz.com
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
        William E. Miller   on behalf of Creditor   MTGLQ INVESTORS, L.P.c/o Shellpoint Mortgage Serving wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
        William E. Miller   on behalf of Creditor   MTGLQ Investors LP wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                                                   TOTAL: 12