**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 15- 10555 -TPA |
| | : | (Chapter 13) |
| BONETA L. BORRERO | : | Judge Thomas P. Agresti |
| | : | |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| | : | |
| CARL BORRERO | : | Related to Document No. |
| | : | |
| | : | |
| Movant, | : | |
| | : | HEARING DATE AND TIME: |
| vs. | : | May 30, 2018 at 9:30 a.m. |
| | : | |
| BONETA L. BORRERO and | : | RESPONSE DEADLINE: |
| RONDA J. WINNECOUR, ESQ. | : | May 3, 2018 |
| CHAPTER 13 TRUSTEE | : | |
| | : | |
| | : | |
| Respondents. | : | |
| | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE**
**ON THE MOTION TO COMPEL MODIFICATION OF CHAPTER 13 PLAN**
**PURSUANT TO 11 U.S.C. § 1329(a)**

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion no later than May 3, 2018, i.e. seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court be default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on May 30, 2018 at 9:30 A.M. before Judge Thomas P. Agresti in The Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, Pennsylvania.  Only a limited

time of 10 minutes is being provided on the calendar.  No witnesses
will be heard.   If there is an issue of fact, an evidentiary
hearing will be scheduled at a later date by the Court.  An order
granting the relief sought may be entered and the hearing may not
be held if you do not timely file and serve a written response.

       Date of Mailing or other service: April 16, 2018


                              Attorney for Movant/Applicant



                               /s/ MICHAEL J. GRAML
                              MICHAEL J. GRAML, ESQ.
                              714 Sassafras Street
                              Erie, PA 16501
                              (814) 459-8288
                              PA I.D. No. 50220
                              mattorney@neo.rr.com