FILED
4/18/18 3:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| BONETA L. BORRERO | : Case No. 15-10555 TPA |
| *Debtor* | : Chapter 13 |
| | : |
| CARL BORRERO | : |
| *Movant* | : |
| | : |
| v. | : Related to Document No. 149, 169 |
| | : |
| BONETA L. BORRERO and RONDA | : |
| J. WINNECOUR, ESQ., CHAPTER | : |
| 13 TRUSTEE | : |
| *Respondents* | : |

## ORDER

AND NOW, this **18th** day of **April, 2018**, it is hereby **ORDERED** that the pleading entitled ***Motion of Carl Borrero for Relief From the Automatic Stay in Accordance with 11 U.S.C. §362(d)(1) and Bankruptcy Rule 4001(a)*** filed at Document No. 149 in the above-captioned case is **DENIED**, without prejudice, for failure of the Movant to file a Complaint in accordance with the March 9, 2018 *Order* at Document No. 169.

Thomas P. Agresti, Judge
United States Bankruptcy Court

jlm

Case Administrator to Serve:
    Michael J. Graml, Esq.
    Daniel P. Foster, Esq.
    Ronda J. Winnecour, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 15-10555-TPA
Boneta L. Borrero                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1        User: gamr           Page 1 of 1           Date Rcvd: Apr 18, 2018
                    Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2018.
db              #+Boneta L. Borrero,    PO Box 334,    North East, PA 16428-0334

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2018 at the address(es) listed below:
        Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
        Cynthia Morrow    on behalf of Creditor    MTGLQ INVESTORS, L.P.c/o Shellpoint Mortgage Serving cynthia.morrow@shellpointmtg.com
        Daniel P. Foster    on behalf of Debtor Boneta L. Borrero dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
        Daniel P. Foster    on behalf of Plaintiff Boneta L Borrero dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
        James Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, National Association bkgroup@kmllawgroup.com
        Kurt D. Gustafson    on behalf of Defendant    Chautauqua County Real Property Tax gustafsk@co.chautauqua.ny.us
        Michael J. Graml    on behalf of Creditor Carl  Borrero mattorney@neo.rr.com, mjgraml@verizon.net
        Norman E. Gilkey    on behalf of Mediator Norman E. Gilkey ngilkey@bccz.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        William E. Miller    on behalf of Creditor    MTGLQ INVESTORS, L.P.c/o Shellpoint Mortgage Serving wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
        William E. Miller    on behalf of Creditor    MTGLQ Investors LP wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                    TOTAL: 12