Case 15-10555-TPA    Doc 189    Filed 05/31/18    Entered 05/31/18 16:02:54    Desc Main
                              Document         Page 1 of 1

FILED
5/31/18 4:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.:  15-10555-TPA |
| | : | |
| Boneta L. Borrero | : | Chapter:  13 |
| | : | |
| *Debtor(s).* | : | |
| | : | Date:  5/30/2018 |
| | : | Time:  09:30 |

## PROCEEDING MEMO

**MATTER:** #183 Motion to Compel Modification of Chapter 13 Plan in Accordance with 11 U.S.C. 1329(a)
    #187 Resp. by Trustee
    #188 Resp. by Debtor

**APPEARANCES:**
Debtor:           Daniel P. Foster
Trustee:          Ronda J. Winnecour
Carlos Borrero:   Michael J. Graml
Boneta Borrero:   Ronald Cook

**NOTES:**

Graml: Would like Debtor to list all these properties on schedules in her name alone and claim exemptions. Mr. Borrero is not listed in the Schedules, did not receive notice. I came in 2 years after the fact. Debtor is $3400 behind in payments.

Cook: Paying 100% to unsecured creditors. Trying to compel her to pay $29,000 student loans within this Plan, she can't do that. If required, she will lose her home. Mr. Borrero hasn't filed a claim. We have a loan modification in place.

Winnecour: Plan payment increased to $2,066 beginning with May payment. Student loans are non-dischargeable. $3,419 in arrears.

**OUTCOME:** Schedules to be amended? Claim of Mr. Borrero to be filed, if any. Plan payment to be increased to $2,066 beginning with May payment. Chambers to issue Order.

jlm