FILED
6/4/18 4:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| BONETA L. BORRERO | : | Case No. 15-10555-TPA |
| Debtor | : | Chapter 13 |
| | : | |
| CARL BORRERO, | : | |
| Movant, | : | Related to Document No. 183 |
| | : | |
| v. | : | |
| | : | |
| BONETA L. BORRERO and RONDA | : | |
| J. WINNECOUR, ESQ., Chapter 13 | : | |
| Trustee, | : | |

## ORDER

A hearing on the ***Motion of Carl Borrero to Compel Modification of Chapter 13 Plan in Accordance with 11 U.S.C. §1329(a)***, filed at Doc. No. 183, and the ***Responses*** filed by the Trustee at Doc. 187 and the Debtor at Doc. No. 188, was held on May 30, 2018. At said hearing the Chapter 13 Trustee stated that the Plan payment would need to be increased to address the payment arrears, as well as additional matters regarding the case. Therefore,

***AND NOW***, this ***1st*** day of ***June, 2018,*** it is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) The Plan payment is increased to $2,066.00 per month, beginning with the May, 2018 payment.

(2) ***On or before June 15, 2018,*** the Debtor shall amend her Schedules, as needed.

1

(3)     ***On or before June 15, 2018,*** the Movant shall file a request to file late claim if a claim exists.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrator to serve:
    Ronda Winnecour, Esq., Ch. 13 Trustee
    Debtor
    Counsel for the Debtor
    Michael J. Graml, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                        Case No. 15-10555-TPA
Boneta L. Borrero                                                             Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1    User: jmar    Page 1 of 1    Date Rcvd: Jun 04, 2018
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2018.
db          #+Boneta L. Borrero,    PO Box 334,    North East, PA 16428-0334

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2018 at the address(es) listed below:
      Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association
       andygornall@latouflawfirm.com
      Cynthia Morrow    on behalf of Creditor    MTGLQ INVESTORS, L.P.c/o Shellpoint Mortgage Serving
       cynthia.morrow@shellpointmtg.com
      Daniel P. Foster    on behalf of Debtor Boneta L. Borrero dan@mrdebtbuster.com,
       clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
      Daniel P. Foster    on behalf of Plaintiff Boneta L Borrero dan@mrdebtbuster.com,
       clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
      James Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, National Association
       bkgroup@kmllawgroup.com
      Kurt D. Gustafson    on behalf of Defendant    Chautauqua County Real Property Tax
       gustafsk@co.chautauqua.ny.us
      Michael J. Graml    on behalf of Creditor Carl  Borrero mattorney@neo.rr.com,    mjgraml@verizon.net
      Norman E. Gilkey    on behalf of Mediator Norman E. Gilkey ngilkey@bccz.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      William E. Miller    on behalf of Creditor    MTGLQ INVESTORS, L.P.c/o Shellpoint Mortgage Serving
       wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
      William E. Miller    on behalf of Creditor    MTGLQ Investors LP wmiller@sterneisenberg.com,
       bkecf@sterneisenberg.com
                                                               TOTAL: 12