**2100 B (12/15)**

# United States Bankruptcy Court

### WESTERN DISTRICT OF PENNSYLVANIA
### Case No. 15-10555-TPA
### Chapter 13

In re: Debtor(s) (including Name and Address)

Boneta L. Borrero
PO Box 334
North East PA 16428

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/11/2018.

Name and Address of Alleged Transferor(s):                Name and Address of Transferee:

Claim No. 7: MTGLQ Investors, L.P., C/O Shellpoint Mortgage Servicing, PO Box 10826,     U.S. Bank Trust National Association
Greenville, SC 29603-0826                                 c/o SN Servicing Corporation
                                                          323 5th Street
                                                          Eureka, CA 95501

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   08/15/18                          Michael R. Rhodes
                                      **CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 15-10555-TPA
Boneta L. Borrero                                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: gamr          Page 1 of 1          Date Rcvd: Aug 13, 2018
                             Form ID: trc         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2018.
14189287          MTGLQ Investors, L.P.,   C/O Shellpoint Mortgage Servicing,   PO Box 10826,
                  Greenville, SC 29603-0826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 11, 2018 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor   JPMorgan Chase Bank, National Association
          andygornall@latouflawfirm.com
          Cynthia  Morrow    on behalf of Creditor   MTGLQ INVESTORS, L.P.c/o Shellpoint Mortgage Serving
          cynthia.morrow@shellpointmtg.com
          Daniel P. Foster    on behalf of Debtor Boneta L. Borrero dan@mrdebtbuster.com,
          clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          Daniel P. Foster    on behalf of Plaintiff Boneta L Borrero dan@mrdebtbuster.com,
          clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          James  Warmbrodt    on behalf of Creditor   JPMorgan Chase Bank, National Association
          bkgroup@kmllawgroup.com
          Kurt D. Gustafson    on behalf of Defendant   Chautauqua County Real Property Tax
          gustafsk@co.chautauqua.ny.us
          Michael J. Graml    on behalf of Creditor Carl  Borrero mattorney@neo.rr.com,  mjgraml@verizon.net
          Norman E. Gilkey    on behalf of Mediator Norman E. Gilkey ngilkey@bccz.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
          William E. Miller    on behalf of Creditor   MTGLQ INVESTORS, L.P.c/o Shellpoint Mortgage Serving
          wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
          William E. Miller    on behalf of Creditor   MTGLQ Investors LP wmiller@sterneisenberg.com,
          bkecf@sterneisenberg.com
                                                                                      TOTAL: 12