**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

|  |  |  |
|---|---|---|
| Boneta L. Borrero, | : | Bankruptcy No: 15-10555-TPA |
| Debtor/Movant, | : |  |
|  | : |  |
|  | : | Chapter 13 |

**NOTICE OF
CHANGE OF ADDRESS**

**Clients Name:**     **Boneta L. Borrero**
**Incorrect Address:**  **PO Box 334 North East, PA 16428**

**Correct Address:**   **9213 Route 89 North East, PA 16428**

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Date: <u>February 8, 2019</u> | /s/ Daniel P. Foster, Esquire |
|  | Daniel P. Foster, Esquire |
|  | PA I.D. #92376 |
|  | FOSTER LAW OFFICES |
|  | PO Box 966 |
|  | Meadville, PA 16335 |
|  | Tel: 814.724.1165 |
|  | Fax: 814.724.1158 |
|  | Dan@MrDebtBuster.com |
|  | Attorney for Debtor |