# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

FILED
8/13/20 1:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>BONETA L BORRERO<br><br>Debtor(s)<br>Ronda J. Winnecour, Trustee<br>Movant<br>vs.<br>BONETA L BORRERO<br><br>Respondents | Case No.15-10555TPA<br><br>Chapter 13<br><br>Document No. 205 |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ____13th____ day of __August__, 2020, it is hereby ORDERED, ADJUDGED, and DECREED that,

St Vincent Health Center
Attn: Payroll Manager
232 W 25Th St
Erie, PA 16544

is hereby ordered to immediately terminate the attachment of the wages of BONETA L BORRERO, social security number XXX-XX-1589. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of BONETA L BORRERO.

cc: Debtor(s)
Debtor(s) Attorney

BY THE COURT:

jlm
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Boneta L. Borrero  
    Debtor

Case No. 15-10555-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1    User: nsha    Page 1 of 1    Date Rcvd: Aug 13, 2020  
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2020.  
db          +Boneta L. Borrero,    9213 Route 89,    North East, PA 16428-5251

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2020                                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2020 at the address(es) listed below:

         Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association andygornall@latouflawfirm.com  
         Brian E. Caine    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee of Chalet Series III Trust bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
         Cynthia Morrow    on behalf of Creditor    MTGLQ INVESTORS, L.P.c/o Shellpoint Mortgage Serving cynthia.morrow@shellpointmtg.com  
         Daniel P. Foster    on behalf of Debtor Boneta L. Borrero dan@mrdebtbuster.com, katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com  
         Daniel P. Foster    on behalf of Plaintiff Boneta L Borrero dan@mrdebtbuster.com, katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com  
         James Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, National Association bkgroup@kmllawgroup.com  
         Jillian Nolan Snider    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee of Chalet Series III Trust jsnider@tuckerlaw.com, agilbert@tuckerlaw.com  
         Kurt D. Gustafson    on behalf of Defendant    Chautauqua County Real Property Tax gustafsk@co.chautauqua.ny.us  
         Michael J. Graml    on behalf of Creditor Carl Borrero mattorney@neo.rr.com, mjgraml@verizon.net  
         Norman E. Gilkey    on behalf of Mediator Norman E. Gilkey ngilkey@bccz.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         William E. Miller    on behalf of Creditor    MTGLQ INVESTORS, L.P.c/o Shellpoint Mortgage Serving wmiller@sterneisenberg.com, bkecf@sterneisenberg.com  
         William E. Miller    on behalf of Creditor    MTGLQ Investors LP wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

                                                                                                          TOTAL: 14