Form 300b

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Boneta L. Borrero** : | Case No. 15−10555−TPA |
| *Debtor(s)* : | Chapter: 13 |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | |
| : | |
| v. : | Related to Document No. 213 |
| **No Respondents** : | |
| *Respondent(s).* : | Hearing Date: 11/13/20 at 12:00 PM |
| : | |
| : | |

**ORDER SCHEDULING DATE FOR RESPONSE**
**AND HEARING ON MOTION**

*AND NOW,* this *The 26th of August, 2020*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 213 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) *On or before October 13, 2020*, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This *Motion* is scheduled for hearing on *November 13, 2020 at 12:00 PM* in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-10555-TPA
Boneta L. Borrero                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: jmar              Page 1 of 2              Date Rcvd: Aug 26, 2020
                              Form ID: 300b           Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2020.
```
db            +Boneta L. Borrero,    9213 Route 89,    North East, PA 16428-5251
cr             Carl Borrero,    931 Oakmont Avenue,    Erie, PA 16505-3245
cr             MTGLQ INVESTORS, L.P.c/o Shellpoint Mortgage Servi,    PO Box 10826,
                 Greenville, SC 29603-0826
cr            +MTGLQ Investors LP,    Stern & Eisenberg, PC,    1581 Main Street,    Suite 200,
                 Warrington, PA 18976-3403
sp            +Michael J. Nies,    504 State Street,    3rd Floor,    Erie, PA 16501-1190
md             Norman E. Gilkey,    Babst, Calland, Clements & Zomnir, P.C.,    Two Gateway Center, 7th Floor,
                 Pittsburgh, PA 15222
14048698      +Aes / Brazos / Us Bank,    Po Box 61047,    Harrisburg, PA 17106-1047
14048699      +Aes / Pheaa Frn,    PO Box 61047,    Harrisburg, PA 17106-1047
14048700      +Aes / Pheaa Ke,    PO Box 61047,    Harrisburg, PA 17106-1047
14110964       Chautauqua County Dept. of Finance,    3 North St,    Mayville, NY 14757-1007
14048704      +Citibank / The Home Depot,    Centralized Bankruptcy,    Po Box 790040,
                 Saint Louis, MO 63179-0040
14048707      +Commercial Acceptance,    2 West Main Street,    Shiremanstown, PA 17011-6326
14335302       ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408
14048711      +KML Law Group, PC,    BNY Independence Center,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
14048712       Kohls / Capone,    N56 West 17000 Ridgewood Drive,    Menomonee Falls, WI 53051
14189287       MTGLQ Investors, L.P.,    C/O Shellpoint Mortgage Servicing,    PO Box 10826,
                 Greenville, SC 29603-0826
14048713      +Ob-Gyn Associates of Erie PC,    311 West 24th Street,    Suite 303,    Erie, PA 16502-2666
14072135      +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
14048714     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: Us Bank,    Po Box 108,    St Louis, MO 63166)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/Text: bknotices@snsc.com Aug 27 2020 05:03:42
               U.S. Bank Trust National Association as Trustee of,    c/o SN Servicing Corp.,    323 5th Street,
                 Eureka, CA 95501-0305
cr            +E-mail/Text: bknotices@snsc.com Aug 27 2020 05:03:43
               U.S. Bank Trust National Association, as Trustee o,    c/o SN Servicing Corp.,    323 5th Street,
                 Eureka, CA 95501-0305
14048701       E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 27 2020 05:02:44     American Honda Finance,
                 Po Box 168088,    Irving, TX 75016
14059666       E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 27 2020 05:02:44
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088,    866-716-6441
14093284       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 27 2020 05:07:02
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK 73124-8838
14048705      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 27 2020 05:01:08     Comenity Bank / Chadwicks,
                 Attn: Bankruptcy,    Po Box 182686,    Columbus, OH 43218-2686
14048706      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 27 2020 05:01:08     Comenity Bank / Express,
                 Attn: Bankruptcy,    PO Box 182686,    Columbus, OH 43218-2686
14048709      +E-mail/Text: sbse.cio.bnc.mail@irs.gov Aug 27 2020 05:00:59     Internal Revenue Service,
                 Centralized Insolvency Operations,    PO Box 7346,    Philadelphia, PA 19101-7346
14048702       E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 27 2020 05:05:36     Chase Card,
                 Po Box 15298,    Wilmington, DE 19850
14048703       E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 27 2020 05:04:34     Chase Mortgage,
                 Po Box 24696,    Columbus, OH 43224
14128486       E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 27 2020 05:04:34
                 JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
                 Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203
14089919       E-mail/Text: bnc-quantum@quantum3group.com Aug 27 2020 05:01:22
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
14896786      +E-mail/Text: bknotices@snsc.com Aug 27 2020 05:03:43     U.S. Bank Trust National Association,
                 c/o SN Servicing Corporation,    323 5th Street,    Eureka, CA 95501-0305
14048715      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 27 2020 05:00:19
                 Verizon,    500 Technology Drive,    Suite 550,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 14
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             JPMorgan Chase Bank, National Association
cr*            ECMC,   P.O. BOX 16408,    ST. PAUL, MN 55116-0408
14048710*     +Internal Revenue Service,    William Moor-Head Building,    1000 Liberty Avenue,    Room 806,
                 Pittsburgh, PA 15222-4027
14048708*      Internal Revenue Service,    Insolvency Unit,    PO Box 628,    Pittsburgh, PA 15230
                                                                                           TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0315-1          User: jmar              Page 2 of 2              Date Rcvd: Aug 26, 2020
                              Form ID: 300b           Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2020 at the address(es) listed below:

```
          Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association
           andygornall@latouflawfirm.com
          Brian E. Caine    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee of
           Chalet Series III Trust bcaine@parkermccay.com,  BKcourtnotices@parkermccay.com
          Cynthia  Morrow    on behalf of Creditor    MTGLQ INVESTORS, L.P.c/o Shellpoint Mortgage Serving
           cynthia.morrow@shellpointmtg.com
          Daniel P. Foster    on behalf of Plaintiff Boneta L Borrero dan@mrdebtbuster.com,
           katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy
           .com
          Daniel P. Foster    on behalf of Debtor Boneta L. Borrero dan@mrdebtbuster.com,
           katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy
           .com
          James  Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, National Association
           bkgroup@kmllawgroup.com
          Jillian Nolan Snider    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee
           of Chalet Series III Trust jsnider@tuckerlaw.com,   agilbert@tuckerlaw.com
          Kurt D. Gustafson    on behalf of Defendant    Chautauqua County Real Property Tax
           gustafsk@co.chautauqua.ny.us
          Michael J. Graml    on behalf of Creditor Carl  Borrero mattorney@neo.rr.com,  mjgraml@verizon.net
          Norman E. Gilkey    on behalf of Mediator Norman E. Gilkey ngilkey@bccz.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          William E. Miller    on behalf of Creditor    MTGLQ INVESTORS, L.P.c/o Shellpoint Mortgage Serving
           wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
          William E. Miller    on behalf of Creditor    MTGLQ Investors LP wmiller@sterneisenberg.com,
           bkecf@sterneisenberg.com
                                                                                              TOTAL: 14
```