**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>BONETA L BORRERO<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:15-10555 TPA<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

August 25, 2020

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/19/2015 and confirmed on 8/4/15. The case was subsequently       Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 100,657.83 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 100,657.83 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 6,080.00 | |
|   Trustee Fee | 4,582.69 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,662.69 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| US BANK TRUST NA - TRUSTEE<br>Acct: 3550 | 0.00 | 0.00 | 0.00 | 0.00 |
| US BANK TRUST NA - TRUSTEE<br>Acct: 3550 | 4,168.08 | 4,168.08 | 0.00 | 4,168.08 |
| US BANK TRUST NA - TRUSTEE<br>Acct: 3550 | 0.00 | 50,413.62 | 0.00 | 50,413.62 |
| US BANK TRUST NA - TRUSTEE<br>Acct: 3550 | 0.00 | 0.00 | 0.00 | 0.00 |
| CHAUTAUQUA COUNTY (RE TAX)<br>Acct: 0128 | 4,789.21 | 4,789.21 | 1,981.94 | 6,771.15 |
| CHAUTAUQUA COUNTY (RE TAX)<br>Acct: 8112 | 8,630.39 | 8,630.39 | 3,571.54 | 12,201.93 |
| | | | | 73,554.78 |
| **Priority** | | | | |
| DANIEL P FOSTER ESQ**<br>Acct: | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| BONETA L BORRERO<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DANIEL P FOSTER ESQ**<br>Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX0-17 | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
| DANIEL P FOSTER ESQ**<br>Acct: | 3,080.00 | 3,080.00 | 0.00 | 0.00 |
| AMERICAN HONDA FINANCE CORP*<br>Acct: 5675 | 6,440.35 | 6,440.35 | 0.00 | 6,440.35 |
| INTERNAL REVENUE SERVICE*<br>Acct: 1589 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 6,440.35 |
| **Unsecured** | | | | |
| ECMC(*)<br>Acct: 1589 | 0.00 | 6,100.00 | 0.00 | 6,100.00 |
| AES/PHEAA<br>Acct: 0005 | 0.00 | 0.00 | 0.00 | 0.00 |
| AES/PHEAA | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 0007 | | | | |
| AES/PHEAA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0002 | | | | |
| AES/PHEAA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0003 | | | | |
| AES/PHEAA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0008 | | | | |
| AES/PHEAA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENI | 328.33 | 283.76 | 0.00 | 283.76 |
| Acct: 1671 | | | | |
| COMMERCIAL ACCEPTANCE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7768 | | | | |
| KOHL'S | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0274 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 862.01 | 745.00 | 0.00 | 745.00 |
| Acct: 0001 | | | | |
| AMERICAN HONDA FINANCE CORP* | 3,322.21 | 2,871.25 | 0.00 | 2,871.25 |
| Acct: 5675 | | | | |
| CARLOS BORRERO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MICHAEL J GRAML ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SN SERVICING CORP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TUCKER ARENSBERG PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 10,000.01 |

| | | |
|---|---|---:|
| TOTAL PAID TO CREDITORS | | 89,995.14 |

TOTAL CLAIMED
PRIORITY        6,440.35
SECURED        17,587.68
UNSECURED     4,512.55

Date: 08/25/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　BONETA L BORRERO<br><br>　　　　　　Debtor(s)<br><br>　Ronda J. Winnecour<br>　　　　　Movant<br>　　　vs.<br>　No Repondents. | Case No.:15-10555 TPA<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

　AND NOW, this _____day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Boneta L. Borrero  
    Debtor

Case No. 15-10555-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: jmar     Page 1 of 2     Date Rcvd: Aug 26, 2020  
                   Form ID: pdf900    Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2020.

```
db            +Boneta L. Borrero,    9213 Route 89,    North East, PA 16428-5251
cr             Carl Borrero,    931 Oakmont Avenue,    Erie, PA 16505-3245
cr             MTGLQ INVESTORS, L.P.c/o Shellpoint Mortgage Servi,    PO Box 10826,
                 Greenville, SC 29603-0826
cr            +MTGLQ Investors LP,    Stern & Eisenberg, PC,    1581 Main Street,    Suite 200,
                 Warrington, PA 18976-3403
sp            +Michael J. Nies,    504 State Street,    3rd Floor,    Erie, PA 16501-1190
md             Norman E. Gilkey,    Babst, Calland, Clements & Zomnir, P.C.,    Two Gateway Center, 7th Floor,
                 Pittsburgh, PA 15222
14048698      +Aes / Brazos / Us Bank,    Po Box 61047,    Harrisburg, PA 17106-1047
14048699      +Aes / Pheaa Frn,    PO Box 61047,    Harrisburg, PA 17106-1047
14048700      +Aes / Pheaa Ke,    PO Box 61047,    Harrisburg, PA 17106-1047
14110964       Chautauqua County Dept. of Finance,    3 North St,    Mayville, NY 14757-1007
14048704      +Citibank / The Home Depot,    Centralized Bankruptcy,    Po Box 790040,
                 Saint Louis, MO 63179-0040
14048707      +Commercial Acceptance,    2 West Main Street,    Shiremanstown, PA 17011-6326
14335302       ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408
14048711      +KML Law Group, PC,    BNY Independence Center,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
14048712       Kohls / Capone,    N56 West 17000 Ridgewood Drive,    Menomonee Falls, WI 53051
14189287       MTGLQ Investors, L.P.,    C/O Shellpoint Mortgage Servicing,    PO Box 10826,
                 Greenville, SC 29603-0826
14048713      +Ob-Gyn Associates of Erie PC,    311 West 24th Street,    Suite 303,    Erie, PA 16502-2666
14072135      +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
14048714     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: Us Bank,    Po Box 108,    St Louis, MO 63166)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr            +E-mail/Text: bknotices@snsc.com Aug 27 2020 05:03:43
                 U.S. Bank Trust National Association as Trustee of,    c/o SN Servicing Corp.,    323 5th Street,
                 Eureka, CA 95501-0305
cr            +E-mail/Text: bknotices@snsc.com Aug 27 2020 05:03:43
                 U.S. Bank Trust National Association, as Trustee o,    c/o SN Servicing Corp.,    323 5th Street,
                 Eureka, CA 95501-0305
14048701       E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 27 2020 05:02:44      American Honda Finance,
                 Po Box 168088,    Irving, TX 75016
14059666       E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 27 2020 05:02:44
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088,    866-716-6441
14093284       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 27 2020 05:05:06
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK 73124-8838
14048705      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 27 2020 05:01:17      Comenity Bank / Chadwicks,
                 Attn: Bankruptcy,    Po Box 182686,    Columbus, OH 43218-2686
14048706      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 27 2020 05:01:18      Comenity Bank / Express,
                 Attn: Bankruptcy,    PO Box 182686,    Columbus, OH 43218-2686
14048709      +E-mail/Text: sbse.cio.bnc.mail@irs.gov Aug 27 2020 05:01:03      Internal Revenue Service,
                 Centralized Insolvency Operations,    PO Box 7346,    Philadelphia, PA 19101-7346
14048702       E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 27 2020 05:06:35      Chase Card,
                 Po Box 15298,    Wilmington, DE 19850
14048703       E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 27 2020 05:06:35      Chase Mortgage,
                 Po Box 24696,    Columbus, OH 43224
14128486       E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 27 2020 05:04:37
                 JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
                 Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203
14089919       E-mail/Text: bnc-quantum@quantum3group.com Aug 27 2020 05:01:29
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
14896786      +E-mail/Text: bknotices@snsc.com Aug 27 2020 05:03:43      U.S. Bank Trust National Association,
                 c/o SN Servicing Corporation,    323 5th Street,    Eureka, CA 95501-0305
14048715      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 27 2020 05:00:24
                 Verizon,    500 Technology Drive,    Suite 550,    Weldon Spring, MO 63304-2225
                                                                                               TOTAL: 14
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
cr             JPMorgan Chase Bank, National Association
cr*            ECMC,   P.O. BOX 16408,    ST. PAUL, MN 55116-0408
14048710*     +Internal Revenue Service,    William Moor-Head Building,    1000 Liberty Avenue,    Room 806,
                 Pittsburgh, PA 15222-4027
14048708*      Internal Revenue Service,    Insolvency Unit,    PO Box 628,    Pittsburgh, PA 15230
                                                                                     TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0315-1          User: jmar                Page 2 of 2             Date Rcvd: Aug 26, 2020
                              Form ID: pdf900           Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 25, 2020 at the address(es) listed below:

```
          Andrew F Gornall     on behalf of Creditor    JPMorgan Chase Bank, National Association
           andygornall@latouflawfirm.com
          Brian E. Caine    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee of
           Chalet Series III Trust bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
          Cynthia   Morrow    on behalf of Creditor    MTGLQ INVESTORS, L.P.c/o Shellpoint Mortgage Serving
           cynthia.morrow@shellpointmtg.com
          Daniel P. Foster    on behalf of Plaintiff Boneta L Borrero dan@mrdebtbuster.com,
           katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy
           .com
          Daniel P. Foster    on behalf of Debtor Boneta L. Borrero dan@mrdebtbuster.com,
           katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy
           .com
          James   Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, National Association
           bkgroup@kmllawgroup.com
          Jillian Nolan Snider    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee
           of Chalet Series III Trust jsnider@tuckerlaw.com, agilbert@tuckerlaw.com
          Kurt D. Gustafson    on behalf of Defendant    Chautauqua County Real Property Tax
           gustafsk@co.chautauqua.ny.us
          Michael J. Graml    on behalf of Creditor Carl  Borrero mattorney@neo.rr.com, mjgraml@verizon.net
          Norman E. Gilkey    on behalf of Mediator Norman E. Gilkey ngilkey@bccz.com
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
          William E. Miller    on behalf of Creditor    MTGLQ INVESTORS, L.P.c/o Shellpoint Mortgage Serving
           wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
          William E. Miller    on behalf of Creditor    MTGLQ Investors LP wmiller@sterneisenberg.com,
           bkecf@sterneisenberg.com
                                                                                             TOTAL: 14
```