# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Boneta L. Borrero, | : | Bankruptcy No: 15-10555-TPA |
| *Debtor*, | : | Chapter 13 |
| vs. | : | |
| | : | DOCKET NO.: |
| Carl Borrero, | : | |
| *Movant*, | : | |

## NOTICE OF
## CHANGE OF ADDRESS

**Creditor Name:**       **Carl Borrero**
**Incorrect Address:**   **931 Oakmont Avenue, Erie PA 16505-3245**
**Correct Address:**     **2836 Wellington Road, Erie PA 16506**

                                                        Respectfully Submitted,

Date: <u>September 17, 2020</u>                         <u>/s/Daniel P. Foster, Esquire</u>
                                                        Daniel P. Foster, Esquire
                                                        PA I.D. #92376
                                                        FOSTER LAW OFFICES
                                                        1210 Park Avenue
                                                        Meadville, PA 16335
                                                        Tel: 814.724.1165
                                                        Fax: 814.724.1158
                                                        Dan@MrDebtBuster.com
                                                        Attorney for Debtors