**Fill in this information to identify the case:**

Debtor 1 _____Boneta L. Borrero_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __Western_____ District of __PA____
(State)

Case number _____15-10555_____

# Form 4100R
## Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association as Trustee of the Tiki Series III Trust

**Court claim no.** (if known): 7-1

**Last 4 digits** of any number you use to identify the debtor's account: 3 5 5 0

**Property address:** 9213 Route 89
Number    Street

North East    PA    16428
City    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

■ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

■ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:  11 / 01 / 2020
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___/____/_____
MM / DD / YYYY

| | | | |
|---|---|---|---|
| Debtor 1 | **Boneta L. Borrero** | Case number (*if known*) | 15-10555 |
| | First Name   Middle Name   Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/Richard Postiglione
Signature

Date 09/15/2020

Print: **Richard Postiglione**
First Name   Middle Name   Last Name

Title: _____

Company: **Friedman Vartolo LLP**

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: **85 Broad Street, Suite 501**
Number   Street

**New York**   **NY**   **10004**
City   State   ZIP Code

Contact phone (**212**) **471** – **5100**

Email **bankruptcy@friedmanvartolo.com**

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

---

X
  IN RE:

  Boneta L. Borrero,

  Debtor.

---X

CASE NO.: 15-10555-TPA

CHAPTER: 13

HON. JUDGE.: Thomas P. Agresti

## **CERTIFICATE OF SERVICE**

On September 22, 2020, I caused to be served a true copy of the annexed **NOTICE OF MORTGAGE PAYMENT CHANGE by** mailing the same by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service, addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

By: /s/Richard Postiglione
FRIEDMAN VARTOLO LLP
85 Broad Street, Suite 501
New York, New York 10004
T: (212) 471-5100
F: (212) 471-5150

## S<small>ERVICE</small> L<small>IST</small>

Boneta L. Borrero
9213 Route 89
North East, PA 16428
***Debtor***

Daniel P. Foster
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
***Debtor's Attorney***

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
***Trustee***

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
***U.S. Trustee***