| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Boneta L. Borrero** | Social Security number or ITIN  xxx–xx–1589 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **15–10555–TPA** | |

# Order of Discharge       12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Boneta L. Borrero

10/30/20     **By the court:**   Thomas P. Agresti
                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-10555-TPA |
| Boneta L. Borrero | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: nsha | Page 1 of 3 |
| Date Rcvd: Oct 30, 2020 | Form ID: 3180W | Total Noticed: 36 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Boneta L. Borrero, 9213 Route 89, North East, PA 16428-5251 |
| cr | + | Carl Borrero, 2836 Wellington Road, Erie, PA 16506-2438 |
| cr | | MTGLQ INVESTORS, L.P.c/o Shellpoint Mortgage Servi, PO Box 10826, Greenville, SC 29603-0826 |
| cr | + | MTGLQ Investors LP, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| sp | + | Michael J. Nies, 504 State Street, 3rd Floor, Erie, PA 16501-1190 |
| md | | Norman E. Gilkey, Babst, Calland, Clements & Zomnir, P.C., Two Gateway Center, 7th Floor, Pittsburgh, PA 15222 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo LLP, 1325 Franklin Avenue Suite 230, Garden City, NY 11530-1631 |
| 14048698 | + | Aes / Brazos / Us Bank, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14048699 | + | Aes / Pheaa Frn, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14048700 | + | Aes / Pheaa Ke, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14110964 | | Chautauqua County Dept. of Finance, 3 North St, Mayville, NY 14757-1007 |
| 14048707 | + | Commercial Acceptance, 2 West Main Street, Shiremanstown, PA 17011-6326 |
| 14048711 | + | KML Law Group, PC, BNY Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14048712 | | Kohls / Capone, N56 West 17000 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 14189287 | | MTGLQ Investors, L.P., C/O Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 14048713 | + | Ob-Gyn Associates of Erie PC, 311 West 24th Street, Suite 303, Erie, PA 16502-2666 |
| 14072135 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 31 2020 01:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 31 2020 01:38:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: bknotices@snsc.com | Oct 31 2020 01:39:00 | U.S. Bank Trust National Association as Trustee of, c/o SN Servicing Corp., 323 5th Street, Eureka, CA 95501-0305 |
| cr | + | Email/Text: bknotices@snsc.com | Oct 31 2020 01:39:00 | U.S. Bank Trust National Association, as Trustee o, c/o SN Servicing Corp., 323 5th Street, Eureka, CA 95501-0305 |
| 14048701 | | EDI: HNDA.COM | Oct 31 2020 02:23:00 | American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 14059666 | | EDI: HNDA.COM | Oct 31 2020 02:23:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088, 866-716-6441 |
| 14093284 | | EDI: AIS.COM | Oct 31 2020 02:23:00 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14048704 | + | EDI: CITICORP.COM | Oct 31 2020 02:23:00 | Citibank / The Home Depot, Centralized |

| District/off: 0315-1 | User: nsha | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 30, 2020 | Form ID: 3180W | Total Noticed: 36 |

| Recip ID | | Bypass/EDI | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Bankruptcy, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14048705 | + | EDI: WFNNB.COM | Oct 31 2020 02:23:00 | Comenity Bank / Chadwicks, Attn: Bankruptcy, Po Box 182686, Columbus, OH 43218-2686 |
| 14048706 | + | EDI: WFNNB.COM | Oct 31 2020 02:23:00 | Comenity Bank / Express, Attn: Bankruptcy, PO Box 182686, Columbus, OH 43218-2686 |
| 14335302 | | EDI: ECMC.COM | Oct 31 2020 02:23:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14048709 | + | EDI: IRS.COM | Oct 31 2020 02:23:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14048702 | | EDI: JPMORGANCHASE | Oct 31 2020 02:23:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14048703 | | EDI: JPMORGANCHASE | Oct 31 2020 02:23:00 | Chase Mortgage, Po Box 24696, Columbus, OH 43224 |
| 14128486 | | EDI: JPMORGANCHASE | Oct 31 2020 02:23:00 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14089919 | | EDI: Q3G.COM | Oct 31 2020 02:23:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14896786 | + | Email/Text: bknotices@snsc.com | Oct 31 2020 01:39:00 | U.S. Bank Trust National Association, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 14048714 | | EDI: USBANKARS.COM | Oct 31 2020 02:23:00 | Us Bank, Po Box 108, St Louis, MO 63166 |
| 14048715 | + | EDI: VERIZONCOMB.COM | Oct 31 2020 02:23:00 | Verizon, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMorgan Chase Bank, National Association |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| 14048710 | *+ | Internal Revenue Service, William Moor-Head Building, 1000 Liberty Avenue, Room 806, Pittsburgh, PA 15222-4027 |
| 14048708 | * | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 01, 2020        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor JPMorgan Chase Bank  National Association andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor JPMorgan Chase Bank  National Association bnicholas@kmllawgroup.com |
| Brian E. Caine | on behalf of Creditor U.S. Bank Trust National Association  as Trustee of Chalet Series III Trust bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Cynthia Morrow | on behalf of Creditor MTGLQ INVESTORS  L.P.c/o Shellpoint Mortgage Serving cynthia.morrow@shellpointmtg.com |
| Daniel P. Foster | on behalf of Plaintiff Boneta L Borrero dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Boneta L. Borrero dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Jillian Nolan Snider | on behalf of Creditor U.S. Bank Trust National Association  as Trustee of Chalet Series III Trust jsnider@fbtlaw.com, agilbert@fbtlaw.com |
| Kurt D. Gustafson | on behalf of Defendant Chautauqua County Real Property Tax gustafsk@co.chautauqua.ny.us |
| Michael J. Graml | on behalf of Creditor Carl Borrero mattorney@neo.rr.com  mjgraml@verizon.net |
| Norman E. Gilkey | on behalf of Mediator Norman E. Gilkey ngilkey@bccz.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Miller | on behalf of Creditor MTGLQ INVESTORS  L.P.c/o Shellpoint Mortgage Serving wmiller@friedmanvartolo.com, wedwardmiller@gmail.com |
| William E. Miller | on behalf of Creditor MTGLQ Investors LP wmiller@friedmanvartolo.com  wedwardmiller@gmail.com |

TOTAL: 14