**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

FILED
10/30/20 11:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
BONETA L BORRERO

Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.: 15-10555 TPA

Chapter 13

Document No.:  213

ORDER OF COURT

AND NOW, this ___30the___ day of ___October___, 20_20_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

U.S. BANKRUPTCY JUDGE   jlm

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 15-10555-TPA |
|---|---|
| Boneta L. Borrero | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: nsha | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Oct 30, 2020 | Form ID: pdf900 | Total Noticed: 34 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Boneta L. Borrero, 9213 Route 89, North East, PA 16428-5251 |
| cr | + | Carl Borrero, 2836 Wellington Road, Erie, PA 16506-2438 |
| cr |  | MTGLQ INVESTORS, L.P.c/o Shellpoint Mortgage Servi, PO Box 10826, Greenville, SC 29603-0826 |
| cr | + | MTGLQ Investors LP, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| sp | + | Michael J. Nies, 504 State Street, 3rd Floor, Erie, PA 16501-1190 |
| md |  | Norman E. Gilkey, Babst, Calland, Clements & Zomnir, P.C., Two Gateway Center, 7th Floor, Pittsburgh, PA 15222 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo LLP, 1325 Franklin Avenue Suite 230, Garden City, NY 11530-1631 |
| 14048698 | + | Aes / Brazos / Us Bank, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14048699 | + | Aes / Pheaa Frn, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14048700 | + | Aes / Pheaa Ke, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14110964 |  | Chautauqua County Dept. of Finance, 3 North St, Mayville, NY 14757-1007 |
| 14048704 | + | Citibank / The Home Depot, Centralized Bankruptcy, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14048707 | + | Commercial Acceptance, 2 West Main Street, Shiremanstown, PA 17011-6326 |
| 14335302 |  | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14048711 | + | KML Law Group, PC, BNY Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14048712 |  | Kohls / Capone, N56 West 17000 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 14189287 |  | MTGLQ Investors, L.P., C/O Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 14048713 | + | Ob-Gyn Associates of Erie PC, 311 West 24th Street, Suite 303, Erie, PA 16502-2666 |
| 14072135 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14048714 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, Us Bank, Po Box 108, St Louis, MO 63166 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bknotices@snsc.com | Oct 31 2020 01:39:00 | U.S. Bank Trust National Association as Trustee of, c/o SN Servicing Corp., 323 5th Street, Eureka, CA 95501-0305 |
| cr | + | Email/Text: bknotices@snsc.com | Oct 31 2020 01:39:00 | U.S. Bank Trust National Association, as Trustee o, c/o SN Servicing Corp., 323 5th Street, Eureka, CA 95501-0305 |
| 14048701 |  | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 31 2020 01:39:00 | American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 14059666 |  | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 31 2020 01:39:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088, 866-716-6441 |
| 14093284 |  | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 31 2020 01:15:33 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14048705 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 31 2020 01:38:00 | Comenity Bank / Chadwicks, Attn: Bankruptcy, Po Box 182686, Columbus, OH 43218-2686 |
| 14048706 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 31 2020 01:38:00 | Comenity Bank / Express, Attn: Bankruptcy, PO Box 182686, Columbus, OH 43218-2686 |

| | | | | |
|---|---|---|---|---|
| 14048709 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 31 2020 01:38:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14048702 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 31 2020 01:13:42 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14048703 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 31 2020 01:15:27 | Chase Mortgage, Po Box 24696, Columbus, OH 43224 |
| 14128486 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 31 2020 01:13:42 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14089919 | | Email/Text: bnc-quantum@quantum3group.com | Oct 31 2020 01:38:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14896786 | + | Email/Text: bknotices@snsc.com | Oct 31 2020 01:39:00 | U.S. Bank Trust National Association, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 14048715 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 31 2020 01:38:00 | Verizon, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMorgan Chase Bank, National Association |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| 14048710 | *+ | Internal Revenue Service, William Moor-Head Building, 1000 Liberty Avenue, Room 806, Pittsburgh, PA 15222-4027 |
| 14048708 | * | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 01, 2020                   Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor JPMorgan Chase Bank  National Association andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor JPMorgan Chase Bank  National Association bnicholas@kmllawgroup.com |
| Brian E. Caine | on behalf of Creditor U.S. Bank Trust National Association  as Trustee of Chalet Series III Trust bcaine@parkermccay.com, |

Case 15-10555-TPA    Doc 224    Filed 11/01/20    Entered 11/01/20 23:33:49    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0315-1 | User: nsha | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 30, 2020 | Form ID: pdf900 | Total Noticed: 34 |

BKcourtnotices@parkermccay.com

Cynthia Morrow
    on behalf of Creditor MTGLQ INVESTORS  L.P.c/o Shellpoint Mortgage Serving cynthia.morrow@shellpointmtg.com

Daniel P. Foster
    on behalf of Plaintiff Boneta L Borrero dan@mrdebtbuster.com
    katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster
    on behalf of Debtor Boneta L. Borrero dan@mrdebtbuster.com
    katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Jillian Nolan Snider
    on behalf of Creditor U.S. Bank Trust National Association  as Trustee of Chalet Series III Trust jsnider@fbtlaw.com,
    agilbert@fbtlaw.com

Kurt D. Gustafson
    on behalf of Defendant Chautauqua County Real Property Tax gustafsk@co.chautauqua.ny.us

Michael J. Graml
    on behalf of Creditor Carl Borrero mattorney@neo.rr.com  mjgraml@verizon.net

Norman E. Gilkey
    on behalf of Mediator Norman E. Gilkey ngilkey@bccz.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

William E. Miller
    on behalf of Creditor MTGLQ INVESTORS  L.P.c/o Shellpoint Mortgage Serving wmiller@friedmanvartolo.com,
    wedwardmiller@gmail.com

William E. Miller
    on behalf of Creditor MTGLQ Investors LP wmiller@friedmanvartolo.com  wedwardmiller@gmail.com

TOTAL: 14